FILED
FEB 14 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VANCE EDWARD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11 0371 |
| v. | ) | |
| | ) | |
| WILLIAM K. SUTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint.

Plaintiff alleges that the Clerk of the Supreme Court of the United States and his deputy have "refused to accept, process, file, and docket" his petition for a writ of certiorari and other papers. Compl. at 5. Because of the defendants' "complicit [sic], intended negligence, misconduct or wrongful act and omission," they allegedly have caused plaintiff "actual injury resulting in [his] having no other form or Court available for Habeas Corpus relief." *Id.* at 6. He demands compensatory and punitive damages. *Id.* at 5.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any,

1



must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action because the complaint fails to state a claim upon which relief can be granted and because plaintiff seeks monetary relief from defendants who are immune from such relief. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Colleen Kollar-Kotelly
United States District Judge

Date: Feb. 4, 2011